IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: STEPHEN S. MEREDITH, CPA, P.C.

                                   Debtor.

ROY M. TERRY, JR., TRUSTEE FOR THE
BANKRUPTCY ESTATE OF STEPHEN S.
MEREDITH, CPA, P.C.,

                                   Plaintiff,

      v.

DARLENE S. MEREDITH, et al.,

                                   Defendants.

Civil Action Number 3:05CV506-JRS

## **FINAL ORDER**

THIS MATTER comes before the Court on Defendant Darlene S. Meredith's Motion to Withdraw Reference of Jurisdiction to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d). Upon due consideration and for the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is hereby DENIED. This matter is REMANDED to the Bankruptcy Court for the Eastern District of Virginia for further proceedings in accordance with the Memorandum Opinion.

Let the Clerk send a copy of this Order and the Memorandum Opinion to all counsel of record and to the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

It is SO ORDERED.

ENTERED this  19th  day of AUGUST, 2005

        /s/ James R. Spencer

JAMES R. SPENCER
UNITED STATES DISTRICT JUDGE